

**U.S. Department of Justice**
Civil Division

---

Tel: 202-616-5446

VIA CM/ECF

March 11, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

RE: *Jazz Pharmaceuticals, Inc. v. Kennedy* (No. 24-5262) (oral argument not scheduled)

Dear Mr. Cislak:

    I am the government attorney with principal responsibility for the above-referenced appeal, and I write regarding the scheduling of oral argument. I respectfully request that argument not be set for May 6 or 7, 2025, due to a conflicting oral argument and related travel. I have principal responsibility for the appeal in *Rise for Animals v. Washington*, No. 24-1458 (4th Cir.), which has been calendared for argument in Richmond, Virginia on May 7, 2025.

    Thank you for your consideration.

                                        Sincerely,

                                        */s/ Brian J. Springer*
                                        Brian J. Springer
                                        Attorney

cc:    all counsel (via CM/ECF)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

                                                  */s/ Brian J. Springer*
                                                BRIAN J. SPRINGER