# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5262** | **September Term, 2024** |
| | 1:23-cv-01819-APM |
| | **Filed On: April 1, 2025** [2108820] |

Jazz Pharmaceuticals, Inc.,

    Appellant

    v.

Robert F. Kennedy, Jr., Secretary of the
Department of Health and Human Services,
et al.,

    Appellees

### O R D E R

    Upon consideration of the motion of 12 Narcolepsy Patients, Public Interest Organizations, Medical Professionals, and Professors of Law and Medicine for leave to file a brief amicus curiae, and the lodged brief amicus curiae, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

          BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk