# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 24-5262                                                         September Term, 2024

1:23-cv-01819-APM

Filed On: April 23, 2025 [2112335]

Jazz Pharmaceuticals, Inc.,

        Appellant

        v.

Robert F. Kennedy, Jr., Secretary of the
Department of Health and Human Services,
et al.,

        Appellees

**O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 5, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellees | - | 10 Minutes (to be divided between appellees as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Henderson, Wilkins, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 25, 2025.

**Per Curiam**

                                                            **FOR THE COURT:**
                                                            Clifton B. Cislak, Clerk

                      BY:      /s/
                                      Michael C. McGrail
                                      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)