# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5262**                                            **September Term, 2024**

1:23-cv-01819-APM

**Filed On: June 27, 2025** [2122602]

Jazz Pharmaceuticals, Inc.,

      Appellant

    v.

Robert F. Kennedy, Jr., Secretary of the
Department of Health and Human Services,
et al.,

      Appellees

**O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk